THE STATE OF WASHINGTON, *Respondent,* v. RICHARD Mc-
DONALD *et al., Appellants.*

Appeal from a judgment of the Superior Court for Oka-

nogan County, No. 05434, Robert J. Murray, J., entered December 11, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.